BURNS, Drainage Commissioner of Daviess County, v. LOUISVILLE & NASHVILLE RAILWAY COMPANY.

Court of Appeals of Kentucky.

(Decided December 18, 1931.)

CARROLL E. BYRON and E. B. ANDERSON for movant.

SANDIDGE & SANDIDGE and ASHBY M. WARREN opposed.

PER CURIAM. Suit for personal judgment for drainage assessment of $200.

Appeal denied; judgment affirmed.

## MILLER v. COMMONWEALTH.

Court of Appeals of Kentucky.

(Decided December 18, 1931.)

FRANK C. GREENE for movant.

J. W. CAMMACK, Attorney General (Basil P. Cooper, of Frankfort, of counsel), for Commonwealth.

PER CURIAM. Judgment of conviction for violation of the prohibition law, imposing a fine of $100 and 30 days in jail.

Appeal denied; judgment affirmed.

## SEARS v. FERGUSON.

Court of Appeals of Kentucky.

(Decided December 18, 1931.)

JAMES & HOBSON for appellant.

FERGUSON & SHORT for appellee.

PER CURIAM. Motion for appeal from judgment for $400 in an action on a check given in payment for services rendered to appellant by appellee in procuring an oil and gas lease.

Appeal denied; judgment affirmed.